**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-5155**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

HODGES ANTHONY, JR., a/k/a Curley Head,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.   (3:09-cr-01109-JFA-1)

Submitted: July 31, 2012          Decided:  August 2, 2012

Before KING, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan M.   Milling, MILLING LAW FIRM, LLC, Columbia, South
Carolina, for Appellant.   William N. Nettles, United States
Attorney, Robert C. Jendron, Jr., Assistant United States
Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hodges Anthony, Jr., pleaded guilty to conspiracy to possess with intent to distribute and distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846 (2006). The district court sentenced Anthony to 108 months of imprisonment and he now appeals. Finding no error, we affirm.

On appeal, Anthony argues that the sentence imposed by the district court is procedurally and substantively unreasonable. We review a sentence for reasonableness, applying an abuse of discretion standard. Gall v. United States, 552 U.S. 38, 51 (2007); see also United States v. Layton, 564 F.3d 330, 335 (4th Cir. 2009).

In so doing, we examine the sentence for "significant procedural error," including "failing to calculate (or improperly calculating) the Guidelines range, treating the Guidelines as mandatory, failing to consider the [18 U.S.C.] § 3553(a) [(2006)] factors, selecting a sentence based on clearly erroneous facts, or failing to adequately explain the chosen sentence." Gall, 552 U.S. at 51. Finally, we "consider the substantive reasonableness of the sentence imposed." Id. We have thoroughly reviewed the record and conclude that the district court did not procedurally err in sentencing Anthony and that the sentence is also substantively reasonable.

Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED